# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 2 2 2026

ARTHUR JOHNSTON
BY            DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>JASON ALLEN<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   1:26-mj-47-BWR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   between April 13, 2026, and April 21, 2026,   in the county of   Jackson   in the

Southern   District of   MS, Southern Division   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Defendant, Jason Allen, transmitted, in interstate commerce, a threatening communication containing a threat to injure the person of another, to the office of United States Senator Roger Wicker, in violation of 18 U.S.C. § 875(c). |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Dufault, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   4/22/2026

_____
*Judge's signature*

City and state:        Gulfport, MS

Bradley W. Rath, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Jason Dufault, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), and have been since June of 2016. I am empowered to enforce Title 18, Title 21, and other criminal laws of the United States. In that capacity, I have participated in and have conducted numerous investigations related to the possession and distribution of controlled substances, investigations related to complex drug conspiracies involving gang and cartel operations, complex financial crimes, and public corruption matters. I am also a certified member of the FBI's Cellular Analysis Survey Team (CAST), which specializes in historical cell site analysis and cellular technology. I have also been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses, and informants.

2. This Affidavit is written in support of an application for the issuance of an arrest warrant for Jason Allen for violations of Title 18, United States Code, Section 875(c) – transmitting, in interstate commerce, a communication containing a threat to injure the person of another – in Jackson County, in the Southern District of Mississippi. The affidavit is based on my personal knowledge and experience, as well as information I have received from other law enforcement officers and public telecom providers.

## SUMMARY OF PROBABLE CAUSE

3. On April 21, 2026, the FBI Jackson Division, Pascagoula Resident Agency was made aware of threats made to the Washington, D.C. office of United States Senator Roger Wicker, which was reported by the Capitol Police Threat Assessment Section. The investigation

determined that the calls were made from Jason Allen located in the Southern District of Mississippi to Senator Wicker's Office in Washington, D.C. Between April 13 and April 21, 2026, Jason Allen called Senator Wicker's office over 100 times. Allen left numerous voice messages that contained threats to Senator Wicker, Senator Wicker's family, and Senator Wicker's office including Allen stating that he would blow up Tupelo First Baptist, he would burn Senator Wicker's office down, and he would kill Senator Wicker and his entire family.

## INVESTIGATION

4. On or about April 13, 2026, the Washington, D.C. office of Senator Roger Wicker received approximately 19 profane phone calls from telephone number 228-202-9634 (hereinafter the subject device) within an approximate 20-minute period.

5. On or about April 20, 2026, the Washington, D.C. office of Senator Wicker received approximately 65 voice calls and an additional 90 voicemails, after business hours, from the subject device. The voicemails contained several escalating, threatening statements. At approximately 10:51AM, the following voicemail was made by Allen:

> *"Yeah, I think I'm gonna blow up Tupelo First Baptist, isn't that where your stupid faggot ass sings in the choir and shit? Just kill as many you fucking little nepo babies? I can't. I don't think you believe in Jesus. I think y'all a bunch of fucking cosplaying paper hiding faggots. I need to kill your fucking children because y'all are evil. I think that's the only way democracy ever starts to work in is if I kill you, zombified motherfuckers."*

6.    On or about April 21, 2026, at approximately 8:47AM, the Washington, D.C. office of Senator Wicker received a voicemail from the subject device with the following statement:

*"I'm gonna burn your fucking office down and kill everybody and that motherfucker too, you evil god damn nazi want to be motherfucking dumb ass fuck you."*

7.    On or about April 21, 2026, the Washington, D.C. office of Senator Wicker received a voicemail from the subject device which contained, in part, the following statement:

*I'm gonna come kill you and your entire fucking family. Fuck you. I'm gonna blow your god damn fucking house up, motherfucker and your office building."*

8.    As a result of these threats, the Capitol Police submitted an emergency disclosure request for the subject device, which resolved to Voice Over Internet Protocol (VOIP) provider YMAX Communications Corp. Subscriber information from YMAX indicated that this number resolved to a "Magic Jack Home" service device, with the listed subscriber as Jason Allen of "7412 Carters Road, Hurley [Moss Point], Mississippi." Additionally, the assigned IP address for this device was listed as Singing River Connect IP 146.85.96.222.

9.    An emergency disclosure request to Singing River Connect for the above IP address resolved to the service address of 7412 Carters Road, Moss Point, Mississippi. It is noted that the assigned devices on that network include a Magic Jack "LP" device.

10.    Further, a review of Allen's Mississippi Department of Corrections probation records indicated that he provided his mobile device as the subject device and listed his residence as 7412 Carters Road, Moss Point, Mississippi. This record appears to be current as of January 2026.

11.     Based on the foregoing, probable cause exists to believe that violations of Title 18, United States Code, Section 875(c), have been committed by Jason Allen in the Southern District of Mississippi.

12.     This Affidavit respectfully requests that this Court issue an arrest warrant for Jason Allen based on the forgoing statements.

_____
Jason Dufault, Special Agent
Federal Bureau of Investigation


Subscribed and sworn before me this _22nd_ of April 2026.

_____
United States Magistrate Judge