

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 19 2026

ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                     CRIMINAL NO. 1:26cr80 TBM-RPM

JASON ALLEN                                   18 U.S.C. § 115(a)(1)(B)
                                                        18 U.S.C. § 875(c)
                                                        18 U.S.C. § 2261A(2)(B)

**The Grand Jury charges:**

## COUNT 1

On or about April 21, 2026, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JASON ALLEN**, did threaten to assault and murder United States Senator Roger Wicker, with intent to impede, intimidate, and interfere with United States Senator Roger Wicker, while engaged in the performance of official duties, and with intent to retaliate against United States Senator Roger Wicker, on account of the performance of official duties of United States Senator Roger Wicker.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT 2

On or about April 21, 2026, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JASON ALLEN**, did knowingly and willfully transmit in interstate and foreign commerce, a communication containing a threat to injure the person of another, to wit, a telephone call from Jackson County, Mississippi, to the Washington D.C. office of United States Senator Roger Wicker, threatening to injure and kill Senator Roger Wicker.

All in violation of Title 18, United States Code, Section 875(c).

COUNT 3

Beginning on or about April 13, 2026, and continuing through on or about April 21, 2026, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JASON ALLEN,** with the intent to harass or intimidate United States Senator Roger Wicker, did use interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and other facilities of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Senator Wicker.  This course of conduct included, but was not limited to, over one hundred telephone calls in a one-week period from the defendant, **JASON ALLEN,** to the office of Senator Roger Wicker.

In violation of Title 18, United States Code, Sections 2261A(2)(B).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

2

All pursuant to Title 18, United States Code, Sections 2253(a)(2) and (3); Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461; Title 18, United States Code, Section 2428(a)(2); and Title 18, United States Code, Section 2428(a)(1).

J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:

s/signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _____ day of May 2026.

UNITED STATES MAGISTRATE JUDGE

3