**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:26-cr-80-TBM-RPM**

**JASON ALLEN**

**ORDER OF REFERRAL**

It is ordered that the issue of Defendant Jason Allen's competency to stand trial is referred to the Magistrate Judge, 18 U.S.C. § 4241, and for a report and recommendation. *See United States v. Harris*, No. 1:12-cr-47-1, 2013 WL 5945064, at *1 (E.D. Tex. Nov. 4, 2013) (stating that because is not clear "whether a ruling on a defendant's competency to stand trial is dispositive or non-dispositive," it was prudent for magistrate judge to submit findings via report and recommendation).

This 3rd day of September, 2026.

______________________________

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**